AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGMENT IN A CIVIL CASE |
| v. | CASE NUMBER: 4:21-cv-320 |
| $1,065,185,747 IN COLOMBIAN PESOS, | |
| Defendant. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 4, 2024, granting the United States' Motion for Default Judgment and Decree of Forfeiture and Order for Delivery, Judgment is hereby entered in favor of the United States of America and against $1,065,185,747 Colombian pesos.  All rights, title, and interest in the Defendant Property are hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.  Default Judgment is hereby entered in favor of Plaintiff.  This case stands closed.

Approved by: _[signature]_

October 10, 2024  
Date

John E. Triplett, Clerk of Court  
Clerk

_[signature]_  
(By) Deputy Clerk

GAS Rev 10/2020